FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 JAN 10 PM 1:56
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SEAN ASHLEY DEVERGER,

    Plaintiff,

v.

GLYNN COUNTY SHERIFF'S
DEPARTMENT and GLYNN-
BRUNSWICK NARCOTICS
ENFORCEMENT TEAM,

    Defendants.

CIVIL ACTION NO.: CV207-127

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10th day of January, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)